

# Fourth Court of Appeals
## San Antonio, Texas

December 29, 2016

No. 04-16-00668-CV

America Amada **GONZALEZ**,
Appellant

v.

Jose Gilberto **PENA**, Imelda B. Pena, and Maria Guadalupe Villarreal,
Appellees

From the 381st Judicial District Court, Starr County, Texas
Trial Court No. DC-15-547
Honorable Jose Luis Garza, Judge Presiding

# O R D E R

On October 27, 2016, appellant filed a *pro se* appellate brief that did not comply with Texas Rule of Appellate Procedure 38.1. Appellees filed their brief on November 28, 2016. Both appellant and appellees prematurely filed their briefs before the clerk's record and reporter's record were filed. On December 9, 2016, after the records on appeal were filed, this court issued an order ordering appellant to file an amended brief that complies with Rule 38.1 no later than January 6, 2017. Our order cautioned appellant that if she failed to timely file a brief that complies with Rule 38.1, this court would dismiss the appeal for want of prosecution. TEX. R. APP. P. 38.8(a)(1).

On December 21, 2016, appellant filed a *pro se* motion requesting additional time in which to respond to appellees' November 28, 2016 brief. We GRANT the request. **Appellant's amended brief remains due January 6, 2017.** If appellant fails to timely file a brief that complies with Rule 38.1, this court will dismiss the appeal for want of prosecution. TEX. R. APP. P. 38.8(a)(1).

On or before thirty days from the date appellant files her amended appellant's brief, appellees are ORDERED to file either (1) an amended appellees' brief or (2) a letter stating they do not intend to file an amended brief and will, instead, stand on their original November 28, 2016 brief.

If appellant desires to file a reply brief, she must do so within twenty days from the date appellees file either their amended brief or the letter stating they do not intend to file an amended brief.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice


IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of December, 2016.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court